**SEAN FORBUSH ESQ.**
NV Bar # 12741
**ROBERT T. HERNANDEZ, ESQ.**
NV Bar # 13892
**CARMAN COONEY FORBUSH PLLC**
4045 Spencer Street Suite A47
Las Vegas, NV 89119
Telephone: (702) 421-0111
Facsimile: (702) 516-1033
service@ccfattorneys.com
Attorneys for Defendant
Mercury Casualty Company

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LUIS J. ROJAS,<br><br>     Plaintiff,<br><br>v.<br><br>MERCURY CASUALTY COMPANY, a Foreign Corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>     Defendants | 2:21-CV-00471-JAD-DJA<br><br>**JOINT REQUEST FOR SETTLEMENT CONFERENCE PURSUANT TO LR 16-5** |

Plaintiff Luis J. Rojas and Defendant Mercury Casualty Company, by and through their respective counsel of record, hereby request a settlement conference pursuant to Local Rule LR 16-5.  This Request is being made pursuant to Document No. 21 in which the minutes stated that Counsel could jointly request an additional Conference. Such Conference need only be a half-day. Counsel have conferred and agree that the following dates would jointly work for a Conference:

Feb 13, 2024 after 1:00pm

Feb 14, 2024 after 1:00pm

Feb 16, 2024 after 1:00pm

March 6, 2025 after 1:00pm

DATED   January 25, 2024

**CARMAN COONEY FORBUSH PLLC**

/s/ Robert T. Hernandez

ROBERT T. HERNANDEZ, ESQ.
Attorneys for Defendant
Mercury Casualty Company

DATED   January 25, 2024

**H&P LAW**

/s/ George Bochanis

GEORGE BOCHANIS, ESQ.
Attorneys for Plaintiff
Luis J. Rojas

**IT IS SO ORDRED**.  The Court will enter a separate order setting the settlement conference.

DATED: 1/31/2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE VIA CM/ECF

Pursuant to FRCP 5, I hereby certify that I am an employee of CARMAN COONEY FORBUSH PLLC, and that on January 25, 2024, I caused to be served via CM/ECF a true and correct copy of the document described herein.

**Document Served:**

**JOINT REQUEST FOR SETTLEMENT CONFERENCE PURSUANT TO LR 16-5**

**Person(s) Served:**

George T. Bochanis
Eunice M. Beattie
**George T. Bochanis, LTD.**
631 South Ninth Street
Las Vegas, NV 89101
Attorney for Plaintiff,
Luis J. Rojas

/s/Brittany Turner
_____
**CARMAN COONEY FORBUSH PLLC**