**SEAN FORBUSH ESQ.**
NV Bar # 12741
**ROBERT T. HERNANDEZ, ESQ.**
NV Bar # 13892
**CARMAN COONEY FORBUSH PLLC**
4045 Spencer Street Suite A47
Las Vegas, NV 89119
Telephone: (702) 421-0111
Facsimile: (702) 516-1033
service@ccfattorneys.com
Attorneys for Defendant
Mercury Casualty Company

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LUIS J. ROJAS,<br><br>    Plaintiff,<br><br>v.<br><br>MERCURY CASUALTY COMPANY, a Foreign Corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>    Defendants | 2:21-CV-00471-JAD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND SCHEDULING ORDER DEADLINES BY SIXTY DAYS *THIRD REQUEST*** |

Pursuant to Local Rule IA 6-1 and II 26-4, Defendant Mercury Casualty Company and Plaintiff Luis J. Rojas, by and through their respective counsel of record, stipulate to a sixty day extension of the following designated deadlines.

1   This is the third such request for an extension and it is entered in good faith
2   without any intent to delay.

### I.   Introduction

The parties have performed all necessary discovery in this matter . Further, the Parties have disclosed Initial Experts and rebuttal experts.  The parties have agreed to continue the dates by sixty days to accommodate a supplemental Settlement Conference in an attempt to resolve this matter prior to incurring fees and costs related to Motions in Limine and trial.

### II.   Discovery Status

**a.   Discovery that has been Completed:**

1. Plaintiff's initial disclosures
2. Defendant's initial disclosures
3. Plaintiff's first set of interrogatories
4. Mercury's responses to the first set of interrogatories
5. Plaintiff's first set of requests for production of documents
6. Mercury's responses to the first set of requests for production of documents
7. Plaintiff's first supplemental set of disclosures
8. Plaintiff's Second supplemental set of disclosures
9. Plaintiff's Third supplemental set of disclosures
10. Deposition of Plaintiff
11. Designation of Initial Expert Witnesses

12. Plaintiff's First Designation of Rebuttal Witnesses

**b. Discovery that Remains**

1. NA

### III. Reason for the Requested Extension

On 01/31/2024, the Parties filed a Joint Request for Settlement Conference (Document 23), therein, requesting a settlement conference to occur sometime between 02/13/2024 and 03/06/2024. The Parties seek to continue trial by 60 days to allow for the potential of resolution before additional costs and fees have been incurred for Motions in Limine and trial preparation.

Trial in this matter has been set for April 9, 2024. Motions in Limine are presently due on February 9, 2024. The Parties seek an extension to accommodate an additional settlement conference.

### IV. Proposed Schedule

Trial in this matter has been set for April 9, 2024. Motions in Limine are presently due on February 9, 2024. The Parties seek an extension of at least 60 days to accommodate an additional settlement conference.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

All parties agree that the requested sixty-day extension of all designated deadlines is necessary to provide time for possible resolution.

DATED   February 1, 2024

**CARMAN COONEY FORBUSH PLLC**

/s/Benjamin J. Carman
BENJAMIN J. CARMAN, ESQ.
ROBERT T. HERNANDEZ, ESQ.
Attorneys for Defendant
Mercury Casualty Company

DATED   February 1, 2024

**GEORGE T. BOCHANIS, LTD.**

/s/Eunice M. Beattie
GEORGE T. BOCHANIS, ESQ.
EUNICE M. BEATTIE, ESQ.
Attorneys for Plaintiff
Luis J. Rojas

## ORDER

Based on the parties' stipulation [ECF No. 24] and good cause appearing, IT IS HEREBY ORDERED that THE JURY TRIAL SET FOR 4/9/24 [ECF No. 19] and all related deadlines are VACATED.

IT IS FURTHER ORDERED that the **JURY TRIAL of this matter is reset to the June 18, 2024, 9 a.m. trial stack, and the CALENDAR CALL is reset to June 3, 2024, at 1:30 p.m.**  All t**rial documents are due no later than 10 a.m. on June 3, 2024**, and **motions in limine are due by May 4, 2024**, with responses due 14 days later.  Otherwise, all instructions in the pretrial order continue to apply.

_____
UNITED STATES DISTRICT JUDGE
February 8, 2024

# CERTIFICATE VIA CM/ECF

Pursuant to FRCP 5, I hereby certify that I am an employee of CARMAN COONEY FORBUSH, PLLC, and that on February 1, 2024, I caused to be served via CM/ECF a true and correct copy of the document described herein.

**Document Served:**

**STIPULATION TO EXTEND SCHEDULING ORDER DEADLINES BY SIXTY DAYS *THIRD REQUEST***

**Person(s) Served:**

George T. Bochanis
Eunice M. Beattie
**George T. Bochanis, LTD.**
631 South Ninth Street
Las Vegas, NV 89101
Attorney for Plaintiff,
Luis J. Rojas

/s/ Pierra Graham-Blanchard
_____
**CARMAN COONEY FORBUSH PLLC**