**SEAN D. COONEY, ESQ.**
NV Bar # 12945
**ROBERT T. HERNANDEZ, ESQ.**
NV Bar # 13892
**CARMAN COONEY FORBUSH PLLC**
4045 Spencer Street Suite A47
Las Vegas, NV 89119
Telephone: (702) 421-0111
Facsimile: (702) 516-1033
service@ccfattorneys.com
Attorneys for Defendant
Mercury Casualty Company



# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LUIS J. ROJAS,<br><br>             Plaintiff,<br><br>v.<br><br>MERCURY CASUALTY COMPANY, a Foreign Corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>             Defendants | 2:21-CV-00471-JAD-DJA<br><br>**STIPULATION & ORDER<br>FOR DISMISSAL<br>WITH PREJUDICE**<br><br>ECF No. 28 |

**IT IS HEREBY STIPULATED AND AGREED** between Plaintiff Luis J. Rojas and Defendant Mercury Casualty Company by and through their respective counsel of record, that the entire matter be dismissed with prejudice, each party to bear their own fees and costs.

It is further stipulated that all current hearings, deadlines, trial dates, and conferences on calendar shall be vacated.

DATED  April 16, 2024                           DATED  April 16, 2024

**CARMAN COONEY FORBUSH PLLC**                  **GEORGE T. BOCHANIS, LTD.**

/s/ Robert T. Hernandez                         /s/ Eunice Beattie

SEAN D. COONEY, ESQ.                            GEORGE T. BOCHANIS, ESQ.
ROBERT T. HERNANDEZ, ESQ.                       EUNICE BEATTIE, ESQ.
Attorneys for Defendant                         Attorneys for Plaintiff
Mercury Casualty Company                        Luis J. Rojas

## ORDER

Based on the parties' stipulation [ECF No. 28] and good cause appearing, IT IS HEREBY ORDERED that **THIS ACTION IS DISMISSED** with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to **CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
April 19, 2024